No. 845. OUACHITA PARISH SCHOOL BOARD *v.* STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF HIGHWAYS. Supreme Court of Louisiana. Certiorari denied. *George M. Snellings, Jr.* for petitioner. *Norman L. Sisson* for respondent. ■

No. 872. ST. MARY PARISH SCHOOL BOARD *v.* TERREBONNE PARISH SCHOOL BOARD. Supreme Court of Louisiana. Certiorari denied. *Jack C. Caldwell* for petitioner. *George Arceneaux, Jr.* for respondent. ■

No. 890. HILL ET AL., DOING BUSINESS AS ALASKA MARKET, *v.* MOE ET AL. Supreme Court of Alaska. Certiorari denied. *Frank C. Mueller* for petitioners. ■

No. 901. VON DER HEYDT ET AL. *v.* KENNEDY, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Isadore G. Alk, Irving Moskovitz* and *Peter N. Schiller* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal* and *Bruno A. Ristau* for respondents. ■

No. 903. RISS & COMPANY, INC., *v.* ASSOCIATION OF WESTERN RAILWAYS ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *A. Alvis Layne* and *Lester M. Bridgeman* for petitioner. *Stuart S. Ball, Hugh B. Cox* and *James H. McGlothlin* for respondents. ■